**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA

VS.

**RICHIE BURKE,**

Supervised Releasee

NO. 5: 98-CR-7 (WDO)

RE: VIOLATION OF SUPERVISED RELEASE

## O R D E R

RICHIE BURKE, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a PRELIMINARY HEARING under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. John Francisco of the Macon Bar.  The government was represented by Assistant U. S. Attorney Michael T. Solis.  Upon consideration of the testimony of U. S. Probation Officer Todd D. Garrett, as well as argument of counsel for the government and for the SUPERVISED RELEASEE, the undersigned finds probable cause to believe that RICHIE BURKE has violated conditions of supervised release as alleged in grounds 1, 2 and 3 of the PETITION FOR ACTION ON SUPERVISED RELEASE, as amended with consent of the defendant in open court.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE, *inter alia*,  that Mr. Burke violated conditions of supervision by using illegal drugs on four separate occasions within the past eleven months. Such constitute violations of state and federal law. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said supervised releasee shall appear before the Honorable Wilbur D. Owens, Jr. district judge, for a FINAL HEARING as directed by Judge Owens.  The Clerk of Court is directed to forward this order and the within file to Judge Owens for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 27th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE